SHAW, Justice.
We have for review Cramer v. Brodell Plumbing Co., 661 So.2d 122 (Fla. 1st DCA 1995), wherein the district court certified:
Whether section [440.15(3)(b)4.d.], Florida Statutes (1991), is subject to and comports with the requirements of Title I of the Americans with Disabilities Act?
We have jurisdiction. Art. V, § 3(b)(4), Fla. Const. We have already answered in the affirmative. See Barry v. Burdines, 675 So.2d 587 (Fla.1996). We approve Cramer.
It is so ordered.
KOGAN, C.J., and OVERTON, GRIMES, HARDING, WELLS and ANSTEAD, JJ., concur.